## SAM KIRK v. STATE.

No. A-5506. Opinion Filed Aug. 14, 1926.
Rehearing Denied Sept. 18, 1926.
(248 Pac. 1119.)

J. F. Thomas, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Sam Kirk, plaintiff in error, was in the county court of Comanche county found guilty of transporting intoxicating liquor, with his punishment assessed at a fine of $50 and confinement in the county jail for 30 days. The plaintiff in error has filed no brief in support of his appeal. An examination of the record shows that the information and the evidence supporting it were sufficient to sustain the conviction. The judgment of the trial court is therefore affirmed.